United States District Court
For The Southern District of Mississippi,
Jackson Division

*FILED APR 25 2008 — Southern District of Mississippi, J.T. Noblin, Clerk, by _____ Deputy*

| | |
|---|---|
| Gregory Butler #00183, Plaintiff | Case No. 3:08cv268TSLJCS |
| -vs- | 42 U.S.C. 1983 Jury Trial Demand |
| Christopher Epps, Commissioner MDOC | 1. Personal Injury |
| American Correctional Association | 2. Violation of State Laws on Smoking |
| GT Enterprise of MS Inc | 3. Violation of ACA Standards |
| Does 1-20, Defendants | 4. Violation of Constitutional Rights |

Plaintiff Gregory Butler #00183 a resident of the state of Mississippi, presently is incarcerated in a state prison, Southern Mississippi Correctional Institution located at P.O. Box 1419 Leakesville MS, 39451. Plaintiff has not filed any petitions for Habeas Corpus relief pursuant to 28 USC § 2254 or any 42 USC § 1983 even in the past. Nothing dismissed or dropped.

Christopher Epps, Commissioner of (MDOC) Mississippi Department of Corrections, is sued in his official and supervisory capacity. He set in motion a series of events he knew about or should have known about that led to my injuries and damages. Located at 723 North President Street, Jackson, MS 39202.

American Correctional Association, located at 4380 Forbes Blvd, Lantham, Maryland 20706, Also as a Accreditation Association for MDOC, in Mississippi doing buisness there also located at 723 North President Street, Jackson, MS 39202, is sued in its official and supervisory capasity. Set in motion a series of events they

*/s/ Gregory A. Butler*

2 OF 4
JHS

[signature]

1. new about or should new about that led to my
2. injuries and damages.
3.
4. GT Enterprise of MS Inc, located at P.O. Box 1779
5. Brandon, MS 39043 and as a vendor during dates of events
6. of this claim was also located at 723 North President Street
7. Jackson, MS 39202 is sued in it's official and supervisory
8. capasity set in motion a series of events they new about
9. or should have none about that led to my injuries and damages.
10.
11.             Issue Process
12. Plaintiff ask for the United States marshal to serve
13. summons and complaint and for the clerk to issue same.
14.
15. Does 1-20 proper identities are not yet known but reserve
16. the right to name them ask they become known.
17.
18. Christopher Epps, American Correctional Association and GT Enterprise
19. of MS Inc have all strickly for profit ignored and broke well
20. established state laws and Accreditational policeys. Plaintiff
21. in 2004 made it known to prison officals he was having pain
22. in his lungs and it was determined then it was do to his smoking
23. habit. He requested help by way of medical intervention
24. and or educational lititure but was denied and told
25. the only policy on smoking was that of 1998 ACA
26. standard. Defendants withheld the 2004 policy which
27. would have forced him to stop smoking in housing units
28. which is were he is locked down 23 hours a day and
it would have gave him educational materials to assist
him insted defendants kept making money by salling
tabacco products and making a way for him to us it
unlawfully with out his knewledge. they caused my injuries.

## FIRST CAUSE OF ACTION
### Personal Injury

All Deffendants in this complaint cause medically documented injuries on Plaintiff do to his smoking, Headaches, Chest pain, lung disease is among some of them.

## SECOND CAUSE OF ACTION
### Violation on state laws on smoking

State law requires no smoking in a state building and defendants ignored them taking away my chance to quit smoking and furthering my damages and injuries.

## THIRD CAUSE OF ACTION ACA STANDARDS

Defendants violate ACA standards on use of Tabacco. They impliment a 1998 standard that was clearly replaced in 2004. The ACA it's self ignore this and other violations and allow the violations, giving the institution a passing grade re-accrediteding them. This is a violation of there tax exempt status, Fraud and other illegal acts to be investigated. As they have allowed more violations here other places across the country will show the same.

## FOURTH CAUSE OF ACTION
### Violation of constitutional rights

The eighth amendment deliberate endifference has well established cases about this issue on smoking. Defendants violated this.

[signature]

**ADMINISTRATIVE REMEDYS**

ARP was filed and all Statue of limitations was violated as MDOC has ignored other ARPs on this subject matter, Case No. (SMCI-08-09) and others. The court is my only recourse and my Health is in imminent danger.

**RELIEF**

For all Policys on no smoking to be granted and educational material passed out to all inmates on ways to stop smoking as stated in ACA standard, use of tabacco

$1,000,000 (one million) for actual damages.

$5,000,000 (five million) for punitive damages

All cost for this action to be brought before this court.

I under the penalty of Purjery declare all is true

*[signature: Gregory D. Fortner]*

Gregory Butler #00183
E-1 Bed 114 SMCI
P.O. Box 1419
Leakesville, MS 39451

USDC
P.O. Box 23552
Jackson, MS. 39225

SMCI
APPROVED LEGAL MAIL
APR 2 3 2008

OFFICE OF LEGAL SERVICES

RECEIVED
APR 25 2008
Clerk U.S District Court
Southern District of Miss.



UNITED STATES POSTAL
MAILED FROM