**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**GREGORY BUTLER, #00183**                                                    **PLAINTIFF**

**versus**                                          **CIVIL ACTION NO. 3:08-cv-268-TSL-JCS**

**CHRISTOPHER EPPS, et al.**                                          **DEFENDANTS**

<u>**FINAL JUDGMENT**</u>

This cause is before the court, *sua sponte*, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this court.

This the <u>20th</u> day of January, 2009.


                                    /S/ TOM S. LEE
                                    UNITED STATES DISTRICT JUDGE